| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Scriven, Mary S. | 2. Court or Organization<br><br>U.S. District Court, Tampa Division | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full time District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>801 N. Florida Avenue<br>Tampa, Florida 33602 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/2012 | Attorney(law firm) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College of Labor and Emplyment Lawyers | November 14, 2012 | Atlanta, Georgia | CLE Judge's Perspective on Civility | Transportation, Meals, Lodging |
| 2. | The Florida Bar | June 20-23, 2012 | Orlando, Florida | Florida Br Convention | Transportation, Meals, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Fund - Scudder Scudder Tax Exempt Money Fund | A | Interest | K | T | | | | | |
| 2. Mutual Fund - American Century ACI Growth Select ultra | A | Dividend | K | T | | | | | |
| 3. Hartford Advisers FD CL A | A | Interest/Div | J | T | | | | | |
| 4. Hartford Div & Growth FD CLA | A | Int./Div. | K | T | | | | | |
| 5. Hartford Global Leaders FDA | A | Interest/Div | J | T | | | | | |
| 6. Hartford Midcap FD CLA | A | Interest/Div | K | T | | | | | |
| 7. Hartford Fortis/bal | A | Interest/Div | K | T | | | | | |
| 8. AMCAP Fund | D | Interest/Div | | | Merged (with line 14) | 02/06/12 | J | | |
| 9. Growth Fund of America | A | Interest/Div | | | Merged (with line 16) | 02/06/12 | J | | |
| 10. Hartford Small Cap Growth | A | Interest/Div | J | T | | | | | |
| 11. The Investment Fund of America Bal Lrg Cap | B | Interest/Div | | | Closed | 02/06/12 | J | | |
| 12. American Balanced Fund | A | Interest/Div | K | T | | | | | |
| 13. American Funds Washington Mutual | A | Interest | | | Closed | 02/06/12 | J | | |
| 14. American Funds AMCAP | A | Interest | K | T | | | | | |
| 15. American Funds American Income Trust | B | Interest | K | T | | | | | |
| 16. American Funds Growth Fund | A | Interest | J | T | | | | | |
| 17. Hartford Advisors | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven, Mary S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Midcap | A | Interest | K | T | | | | | |
| 19. Hartford Div and Growth | A | Interest | J | T | | | | | |
| 20. American Fund Income Fund | A | Interest | J | T | | | | | |
| 21. American Fund Invsetment Company of America | A | Interest | K | T | | | | | |
| 22. American Fund New Perspective | A | Interest | K | T | | | | | |
| 23. American Fund Small Cap World | A | Interest | J | T | | | | | |
| 24. SPDR Dow Jones Ind. Avg ETF | A | Interest | J | T | Open | 01/02/12 | J | | |
| 25. ISHARES MSCI emerging mkts index ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 26. ISHARES MSCI EAFE INDEX ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 27. ISHARES FLOATING RATE NOTE ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 28. ISHARES IBOXX $ HIGH YIELD CORP. BOND ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 29. ISHARES S&P CITIGROUP INTL TREASURY BOND ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 30. ISHARES CORE S&P 500 ETF | A | Interest | K | T | Open | 02/06/12 | J | | |
| 31. ISHARES RUSSELL 1000 VALUE INDEX ETF | A | Interest | K | T | Open | 02/06/12 | J | | |
| 32. ISHARES RUSSELL 1000 GROWTH INDEX ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 33. ISHARES RUSSELL 2000 GRWOTH INDEX ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 34. ISHARES RUSSELL MIDCAP GROWTH INDEX ETF | A | Interest | J | T | Open | 02/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven, Mary S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES RUSSELLL MIDCAP VALUE INDEX ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 36. ISHARES S&P GLOBAL ENERGY ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 37. ISHARES DOW JONES US REAL ESTATE ETF | A | Interest | J | T | Open | 02/06/12 | J | | |
| 38. ISHARES IBOXX $INVESTMENT GRADE CORP BOND FUND | A | Interest | J | T | Open | 02/06/12 | K | | |
| 39. ISHARES BARCLAYS 0-5 YEAR TIPS BOND ETF | A | Interest | J | T | Open | 02/06/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven, Mary S. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII Investments 25-39 are      investments in IRA after rollover of 401K during job transition.

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven, Mary S. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mary S. Scriven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544